# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 06-3759

———————

Keith Box,                                    *
                                              *
          Appellant,                *
                                              *
                                              *   Appeal from the United States
      v.                             *   District Court for the
                                              *   Eastern District of Missouri.
Chuck Dwyer, Correctional                     *
Superintendent; Phyllis Stanley,              *      [UNPUBLISHED]
Medical Supervisor; Greg Rodriguez,           *
Correctional Doctor; Michael Hakala,          *
Correctional Doctor; Correctional             *
Medical Services,                             *
                                              *
          Appellees.                *

———————

Submitted: February 13, 2008
Filed: April 10, 2008

———————

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

———————

PER CURIAM.

    Missouri inmate Keith Box appeals the district court's[1] adverse grants of summary judgment in his 42 U.S.C. § 1983 action. We have considered Box's arguments for reversal and have conducted de novo review of the record, see Alberson

---

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

v. Norris, 458 F.3d 762, 765 (8th Cir. 2006), and we find no basis for overturning the district court's well-reasoned opinions. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Box's pending motions.

_____